IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCOS BACA, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | )   CASE NO. 2:13-cv-0301-MEF |
| | ) |
| CHOWEL WELDPARTS, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motions to Dismiss (Doc. #21 & #23) filed on July 5, 2013, it is hereby ORDERED as follows:

1. The plaintiff shall file a response which shall include a brief and any evidentiary materials on or before July 23, 2013.

2. The defendants may file a reply brief on or before July 30, 2013.

DONE this the 9th day of July, 2013.

                                                      /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE