IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARCOS BACA and JEROME HARRIS, Individually and on behalf of others similarly situated, | : : : : |
| Plaintiffs, | : : |
| vs. | : CIVIL ACTION FILE NUMBER: : 2:13-CV-301 |
| CHOWEL WELDPARTS, INC. DONGWON AUTOPART TECHNOLOGY, ALABAMA, LLC, AMBASSADOR PERSONNEL OF ALABAMA, | : : : : : |
| Defendants. | : |

**MOTION TO JOIN CO-DEFENDANTS' MOTION TO DISMISS**

Defendant **Ambassador Personnel of Alabama, Inc.** (hereinafter "Defendant Ambassador") moves the Court to permit it to join in the Motion to Dismiss filed by Defendants Chowel Weldparts, Inc. ("Chowel") and Dongwon Autopart Technology, Alabama, LLC ("Dongwon"). In support of this motion, Defendant Ambassador states:

1. The grounds upon which Chowel and Dongwon rely in support of their motion support with equal force a dismissal of all claims against Ambassador Personnel.

2. Counsel for Chowel and Dongwon do not object to this motion.

3. Plaintiffs will not be prejudiced by this motion.

WHEREFORE, premises considered, Defendant Ambassador respectfully urges the Court to permit it to join in the motion to dismiss filed by Chowel Weldparts, Inc. and Dongwon Autopart Technology, Alabama, LLC.

RESPECTFULLY SUBMITTED, this 12th day of June, 2013.

/s/ Charles A. Stewart III
Charles A. Stewart III (STE067)
Bradley Arant Boult Cummings, LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
T: (344) 956-7700

        F:  (344) 956-7701
        E:  cstewart@babc.com

        C. Jason Willcox (Georgia State Bar No. 760322)
        (admitted pro hac vice)
        Moore, Clarke, DuVall & Rodgers, P.C.
        2829 Old Dawson Road (31707)
        Post Office Drawer 71727
        Albany, Georgia  31708-1727
        T:  229-888-3338
        F:  229-888-1191
        E:  jwillcox@mcdr-law.com

        Attorneys for Defendant Ambassador Personnel of Alabama, Inc.

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing has been served via the Court's ECF system, upon the following:

Glen M. Connor
Quinn, Connor, Weaver, Davies & Rouco, LLP
Suite 380 E, 3800 Highway 280
Birmingham, Alabama 35223
*Attorneys for Plaintiffs*

Peter J. Mougey
James L. Kauffman
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
*Attorneys for Plaintiffs*

Jeremiah Frei-Pearson
Todd S.Graber
Meiselman, Packman, Nealon, Scialabba & Baker, P.C.
1311 Mamaroneck Avenue
White Plains, New York 10605
*Attorneys for Plaintiffs*

Patrick L. Hays, Jr.
The Hays Law Firm, LLc
415 E. Commerce Street, Suite 201
Greenville, Alabama 36037
*Attorneys for Plaintiffs*

    THIS 12th day of June, 2013.

                      /s/ Charles A. Stewart  III
                      Of Counsel