# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **Marcos Baca and Jerome Harris,** | ) | |
| **individually and on behalf of** | ) | **Civil Action** |
| **others similarly situated,** | ) | **No.2:13-cv-00301-MEF** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Chowel Weldparts Inc.,** | ) | |
| **Dongwon Autopart Technology,** | ) | |
| **Alabama, LLC,** | ) | |
| **Ambassador Personnel of Alabama,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PARTIES' JOINT MOTION TO MODIFY BRIEFING SCHEDULE

COME NOW, Plaintiffs and Defendants in the above referenced case, and hereby request the following modifications to the current briefing schedule in connection with the Defendants' Motions to Dismiss (Docs. 21 & 23). As grounds for this motion, the parties state the following:

1. On July 9, 2013, this Court entered an Order setting July 23, 2013, as the deadline for Plaintiffs to respond to Defendants Motions to Dismiss and setting July 30, 2013 as the deadline for Defendants reply brief.

2. Counsel for Plaintiffs and Defendants have conferred and, given the issues raised in the Motions to Dismiss, have consented and agreed that 60 days to respond to the Motions to Dismiss and 30 days to reply would be appropriate.

3. No party will be prejudiced by a modification of the current briefing schedule.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants respectfully request this Honorable Court enter an order modifying the current briefing schedule as follows:

    a. The Plaintiffs shall file a response to the Motions to Dismiss (Docs. 21 and 23) and any evidentiary materials on or before September 3, 2013;

    b. The Defendants may file a reply brief on or before October 3, 2013.

Respectfully Submitted,

s/ Glen M. Connor
Glen M. Connor
ASB-0562-R64G

OF COUNSEL:
Quinn, Connor, Weaver, Davies & Rouco LLP
2700 Highway 280, Suite 380E
Birmingham, Alabama 35223
(205) 870-9989
(205) 803-4143
gconnor@qcwdr.com

Peter J. Mougey
James L. Kauffman
Levin Papantonio Thomas Mitchell
 Rafferty & Proctor, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida  32502-5996
Telephone:  (850) 435-7068
Facsimile:   (850) 436-6068
pmougey@levinlaw.com
jkauffman@levinlaw.com

Jeremiah Frei-Pearson
Todd S. Garber
Meiselman, Packman, Nealon,
Scialabba & Baker P.C.
1311 Mamaroneck Avenue
White Plains, New York 10605
Telephone:  (914) 517-5000
Facsimile:   (914) 517-5055
jfrei-pearson@mpnsb.com
tgarber@mpnsb.com

Patrick L. Hays, Jr.
The Hays Law Firm, LLC
415 E. Commerce Street, Suite 201
Greenville, Alabama 36037
Telephone:  (334) 371-4297
Facsimile:   (334) 371-4296
phays@hays-lawfirm.com

*Counsel for Plaintiffs and the Class*

                                                   s/ Mark M. Lawson
                                                   Mark M. Lawson

Frank McRight
Marcel L. Debruge
Matthew T. Scully
Ingu Hwang
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
fmcright@burr.com
mdebruge@burr.com
mlawson@burr.com
mscully@burr.com
ihwang@burr.com
*Counsel for Defendants Chowel Weldparts, Inc.*
*And Dongwon Autopart Technology, Alabama, LLC*

                                                s/ Charles A. Stewart, III
                                               Charles A. Stewart, III

Charles A. Stewart, III
Bradley Arant Boult Cummings, LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama  36104
cstewart@babc.com

C. Jason Willcox
Moore Clarke DuVall & Rodgers, PC
P.O. Drawer 71727
Albany, Georgia  31708-7127
jwillcox@mcdr-law.com
*Counsel for Defendant Ambassador Personnel of Alabama*