IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCOS BACA, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:13-cv-0301-MEF |
| CHOWEL WELDPARTS, INC., *et al.*, | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Parties' Joint Motion to Modify Briefing Schedule (Doc. #26) filed on July 12, 2013, it is hereby

ORDERED that the motion is GRANTED.  The plaintiff shall file a response which shall include a brief and any evidentiary materials on or before September 23, 2013.  The defendants may file a reply brief on or before October 23, 2013.

DONE this the 15th day of July, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE