IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Marcos Baca and Jerome Harris, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Chowel Weldparts Inc., Dongwon Autopart Technology, Alabama, LLC, Ambassador,<br><br>Defendants. | Civil Action<br>No.2:13-cv-00301-MEF |

### NOTICE OF STIPULATION OF DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

PLEASE TAKE NOTICE that Plaintiff Marcos Baca and Jerome Harris ("Plaintiffs"), by their attorneys, hereby gives notice of the voluntary dismissal of Plaintiffs' action ("Action") against Defendants Chowel Weldparts Inc. ("Chowel"), Dongwon Autopart Technology, Alabama, LLC ("Dongwon"), and Ambassador Personnel of Alabama, Inc. ("Ambassador"), pursuant to Fed. R. Civ. P. Rule 41(a). Chowel and Dongwon have not yet answered, so claims against those parties are dismissed pursuant to Rule 41(a)(1)(A)(i); Defendant Ambassador hereby stipulates to dismiss pursuant to Rule 41(a)(1)(A)(ii), without prejudice.

Dated:   September 23, 2013

_/s/ DMC_  
Glen M. Connor  
Quinn, Connor, Weaver, Davies & Rouco LLP  
2700 Highway 280, Suite 380E  
Birmingham, Alabama 35223  
gconnor@qcwdr.com

Peter J. Mougey  
James L. Kauffman  
Levin Papantonio Thomas Mitchell  
  Rafferty & Proctor, P.A.  
316 South Baylen Street, Suite 600  
Pensacola, Florida 32502-5996  
pmougey@levinlaw.com  
jkauffman@levinlaw.com

Jeremiah Frei-Pearson  
Todd S. Garber  
Meiselman, Packman, Nealon, Scialabba & Baker P.C.  
1311 Mamaroneck Avenue  
White Plains, New York 10605  
jfrei-pearson@mpnsb.com  
tgarber@mpnsb.com

Patrick L. Hays, Jr.  
The Hays Law Firm, LLC  
415 E. Commerce Street, Suite 201  
Greenville, Alabama 36037  
phays@hays-lawfirm.com

*Attorneys for Plaintiffs and the Class*

_/s/ Charles A. Stewart III_  
Charles A. Stewart III  
Bradley Arant Boult Cummings, LLP  
RSA Dexter Avenue Building  
445 Dexter Avenue, Suite 9075  
Montgomery, Alabama 36104  
cstewart@babc.com

*Attorney for Defendant Ambassador*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2013, I filed a true and correct copy of the foregoing via the Court's CM/ECF system, which will notify and serve the following counsel of record:

C. Jason Wilcox
Moore Clarke DuVall & Rodgers, PC
P.O. Drawer 71727
Albany, Georgia  31708-7127
jwillcox@mcdr-law.com

Frank McRight
Marcel L. Debruge
Mark M. Lawson
Matthew T. Scully
Ingu Hwang
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
fmcright@burr.com
mdebruge@burr.com
mlawson@burr.com
mscully@burr.com
ihwang@burr.com

                                                s/ Glen M. Connor
                                                Glen M. Connor